IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWIN PEREZ,

    Petitioner,

v.                                      CASE NO. 4:09-cv-00188-MP-WCS

FRED DUNPHY, WALTER MCNEIL,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Southern District of Florida. The time for filing objections has passed, and none have been filed. The Court agrees that because this petition involves convictions all originating out of Dade or Broward County, Florida, jurisdiction is appropriate in Southern district, as the district of both confinement and conviction. 28 U.S.C. § 2241(d). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 9, is ADOPTED and incorporated herein.

    2.    This cause is TRANSFERRED in the interest of justice, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), to the United States District Court for the Southern District of Florida for all further proceedings

    **DONE AND ORDERED** this  6th  day of November, 2009



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge